IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. ALLEY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-3821 |
| v. | : | |
| DPW and WERNERSVILLE STATE HOSP., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 4th day of August, 2014, after considering the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 1) and the complaint (Doc. No. 1-2) filed by the plaintiff *pro se*, Michael J. Alley, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The Application to Proceed in District Court Without Prepaying Fees or Costs is **GRANTED**;

2. The complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. The plaintiff has leave to file an amended complaint within thirty (30) days of the date of this order.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.